

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00225-CV

Robert Ray **ROBERTS**,
Appellant

v.

**NEW COMFORT HOMES**,
Appellee

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 2018CV01797
Honorable Sarah E. Garrahan, Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
        Marialyn Barnard, Justice
        Rebeca C. Martinez, Justice

Delivered and Filed:  August 1, 2018

DISMISSED

Appellant's brief was due on June 21, 2018. Neither the brief nor a motion for extension of time has been filed. Therefore, we ordered appellant to file, on or before July 23, 2018, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief, and (2) why appellee was not significantly injured by his failure to timely file a brief. We warned that if appellant failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant failed to respond to our

order. Therefore, we dismiss this appeal for want of prosecution. Costs of appeal are taxed against appellant.

PER CURIAM